IN THE UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF ARKANSAS
NORTHERN DIVISION

**RICKY D. GRAY**                                                                                   **PLAINTIFF**

**V.**                                  **CASE NO. 1:17-CV-7-BD**

**NANCY A. BERRYHILL, Acting Commissioner,**
**Social Security Administration**                                                   **DEFENDANT**

## JUDGMENT

Pursuant to the order entered in this case on this date, it is CONSIDERED, ORDERED, and ADJUDGED that the final decision of Nancy A. Berryhill, Acting Commissioner of the Social Security Administration, is AFFIRMED. Judgment is entered in favor of the Commissioner.

SO ORDERED, this 29th day of January, 2018.

_____
UNITED STATES MAGISTRATE JUDGE